# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CECILIO CHAVEZ,<br><br>　　　　　　　Defendant. | Case No.: 16cr02346-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that defendant's bond shall be exonerated.

IT IS SO ORDERED.

DATED: January 17, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　United States District Judge